UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Case No. 08-cr-74-01-PB

<u>Vickie A. Worthington</u>

<u>O R D E R</u>

    I hereby recuse myself from presiding over this case as Attorney Michael Sheehan has filed an appearance on behalf of the defendant.

    SO ORDERED.

August 20, 2008                                  /s/ Paul Barbadoro
                                                          Paul Barbadoro
                                                          United States District Judge

cc:    Counsel of Record