UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No.  08-cr-74-01-SM

<u>Vickie A. Worthington</u>

### O R D E R

Defendant Worthington's motion to continue the final pretrial conference and trial is granted  (document 15).   Trial has been rescheduled for the March 2009 trial period.   Defendant Worthington shall file a waiver of speedy trial rights not later than March 2, 2009.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing or Final Pretrial Conference :**

    March  3, 2009 at 11:30 a.m.

**Jury Selection**:   March 17, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 18, 2009

cc: Michael J. Sheehan, Esq.
    Mark A. Irish, AUSA
    US Probation
    US Marshal